# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Charles & Company, Inc. | ) ASBCA No. 61982 |
| | ) |
| Under Contract No. SP4703-18-C-0061 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Charles R. Hudson IV
                                   Chief Operations Officer

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
                                   DLA Chief Trial Attorney
                                   Edward R. Murray, Esq.
                                   Trial Attorney
                                   DLA Aviation
                                   Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 29, 2019

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61982, Appeal of Charles & Company, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals